[No. 38019-2-I.    Division One.    July 14, 1997.]

JULIE ARVEY, *Respondent*, v. RICHARD ARVEY,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-3-03093-1, Joan E. DuBuque, J., entered December 15, 1995. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Kennedy, A.C.J., and Webster, J.


[No. 38134-2-I.    Division One.    July 14, 1997.]

*In the Matter of the Personal Restraint of* RICHARD
GLENN YERTY, *Petitioner*.

Petition for relief from personal restraint. *Granted in part* and *remanded* by unpublished per curiam opinion.


[No. 38446-5-I.    Division One.    July 14, 1997.]

BRENT W. HUNTINGTON, ET AL., *Appellants*, v.
FRATERNITY SNOQUALMIE, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-26726-4, J. Kathleen Learned, J., entered March 29, 1996. *Affirmed* by unpublished opinion per Agid, J., concurred in by Kennedy, A.C.J., and Becker, J.


[No. 38471-6-I.    Division One.    July 14, 1997.]

*In the Matter of the Custody of* M.V.

DARREL E. VAIL, ET AL., *Appellants*, v. ANTHONY
VAIL, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 95-3-06428-4, Janice Niemi, J., entered March 13, 1996. *Affirmed* by unpublished per curiam opinion.